# First District Court of Appeal
## State of Florida

_____

No. 1D18-0377
_____

Donald Lee Townsend,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

May 11, 2018

Per Curiam.

Affirmed.

Lewis, Roberts, and Jay, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.